

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| ALEX CENICEROS, | § | No. 08-22-00156-CR |
| Appellant, | § | Appeal from the |
| v. | § | 171st Judicial District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20170D03795) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgments. We therefore affirm the judgments of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF JUNE, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.